UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case # 2:12-mj-0790-PAL |
| ) | |
| JIWON JARIV, ) | ORDER |
| ) | |
| Defendant. ) | |

On **November 29, 2012,** a **$50,000.00 cash** bond was posted on behalf of defendant **JIWON JARIV**. Defendant **JIWON JARIV** was ordered to appear in the **SOUTHERN** District of **TEXAS** pursuant to Rule 5 of the Federal Criminal Code and Rules.

IT IS THEREFORE ORDERED that the Clerk of Court shall forthwith send the **$50,000.00 cash** bond to the following:

**U.S. District Courthouse (Attn: Clerk's Office)**
515 Rusk Avenue
Houston, Texas, 77002-2605

Re: Case # H-12-656-8

DATED:  November 29th, 2012

*[signature]*
**PEGGY A. LEEN**
UNITED STATES MAGISTRATE JUDGE